**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Viacheslav ZHUKOV, Defendant–Appellant.**

**No. 14–15527**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 12, 2015.

R. Brian Tanner, Carlton R. Bourne, Jr., James D. Durham, Tania D. Groover, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

John Davidson Carson, Jr., John D. Carson, Jr., PC, Savannah, GA, Viacheslav Zhukov, D Ray James CF–Inmate Legal Mail, Folkston, GA, for Defendant–Appellant.

Before MARCUS, WILLIAM PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

John D. Carson, appointed counsel for Viacheslav Zhukov, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** Zhukov's conviction and sentence are **AFFIRMED,** and Zhukov's motion for appointment of counsel is **DENIED AS MOOT.**